## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:   MELVIN SCHILCHER          Case No.: 2013-23779-SVK-13
and     NICOLE SCHILCHER

                    Debtors.          Chapter 13

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Melvin and Nicole Schilcher have filed papers with the court requesting a modification of the Chapter 13 Plan in the above case.

**Your Rights May be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

MILLER & MILLER LAW, LLC
735 West Wisconsin Avenue
Suite 600
Milwaukee, Wisconsin 53233
(414) 277-7742
(414) 277-1303

You must also mail a copy to:

> MILLER & MILLER LAW, LLC
> 735 West Wisconsin Avenue
> Suite 600
> Milwaukee, Wisconsin 53233

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is

     **X**   **the Debtor;**

     ____ the Chapter 13 Trustee (post-confirmation only);

     ____ the holder of an unsecured claim (Name: _____ )
          (post-confirmation modification only).

2. This is a request to modify a Chapter 13 Plan:

     **A.   X   post-confirmation**;

     B. ___ pre-confirmation**;**

          **i.** __ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b);

          ii. __ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)).  The creditors affected are:

                              **All creditors of record**.

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:
   **Increase plan payments for supplemental mortgage claim and application for additional administrative expenses.**

4. The reason(s) for the modification is/are:

5.          **A.  X**   The Chapter 13 Plan confirmed or last modified on  January 22, 2014
            is modified as follows:

            B.     The unconfirmed Chapter 13 Plan dated _____ is
                   modified as follows:

            **1.      Due to the recently resolved Motion for Relief Federal National
                      Mortgage Association will file a supplemental mortgage claim.**

            **2.      Debtors' attorney filed an Application for Administrative Fees on
                      December 15, 2016 for additional fees in the amount of
                      $1,347.67.**

            **3.      In order to fund the supplemental claims, Debtors will increase their
                      payment from $65.00 weekly to $130.00 weekly to maintain
                      feasibility.**

        All remaining terms and provisions of the plan are unaffected unless specifically
addressed herein.  In the event of a conflict between the original plan and the modification set
forth above, the later shall supersede and control.

6.      BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION
CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS
AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF
THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.

CERTIFICATION

1.      I, Brett W. Boyer, attorney for debtors, Melvin and Nicole Schilcher, certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.


/s/ Brett W. Boyer                                                December 15, 2016

Counsel for the debtor(s)                                      Date


WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.


Dated:  December 15, 2016              Attorneys for        Miller & Miller, LLC.


at City, State.                                    By:                    Brett W. Boyer


Milwaukee, Wisconsin                        Bar No.              1098868


MILLER & MILLER LAW, LLC
735 West Wisconsin Avenue
Suite 600
Milwaukee, Wisconsin 53233
(414) 277-7742
(414) 277-1303